UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
NIKEL DIXON, *individually and as administrator of the estate of William Dixon, deceased*,

                         Plaintiff,

       -against-

UNITED STATES OF AMERICA,

                        Defendant.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/2025

25-CV-06639 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

    WHEREAS on October 3, 2025, the Initial Pretrial Conference was adjourned *sine die*, Dkt. 11.

    IT IS HEREBY ORDERED that the parties appear before the Court for an Initial Pretrial Conference on **Friday, November 14, 2025, at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. The parties' joint letter and proposed case management plan must be filed by **no later than November 6, 2025**. For the required contents of the joint submission, the parties are directed to the Notice of Initial Pretrial Conference at Dkt. 6.

**SO ORDERED.**

Date: October 14, 2025
       New York, New York

                                                   **VALERIE CAPRONI**
                                                   **United States District Judge**