| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 11/7/2025 |

-------------------------------------------------------------X
NIKEL DIXON, *individually and as administrator of the estate of William Dixon, deceased*,

                              Plaintiff,

-against-

BRONXCARE HEALTH SYSTEM, and
BRONXCARE SPECIAL CARE CENTER,

                              Defendants.
-------------------------------------------------------------X

25-CV-06639 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

    WHEREAS the Court issued a Standing Order, 1:25-mc-00433-LTS, relating to the stay of certain civil cases; and

    WHEREAS on October 20, 2025, the Court ordered that the above-captioned case is subject to the terms of the Standing Order, Dkt. 16.

    IT IS HEREBY ORDERED that the Initial Pretrial Conference scheduled for **November 14, 2025, at 10:00 a.m.,** is adjourned *sine die*, pending restoration of funding to the Department of Justice.

**SO ORDERED.**

**Date: November 7, 2025**
**New York, New York**

                                                      **VALERIE CAPRONI**
                                                      **United States District Judge**