UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

NIKEL DIXON, *individually and as* :
*administrator of the estate of William Dixon,* :
*deceased*, :
:
                                        Plaintiff, :
                                                   :
                    -against-                      :
                                                   :
UNITED STATES OF AMERICA,                          :
                                                   :
                                        Defendant. :

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2026

25-CV-06639 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared before the Court for a conference on May 15, 2026.

IT IS HEREBY ORDERED that the parties must submit a joint letter **no later than June 19, 2026**, addressing whether any facilities or providers are covered by the Federal Tort Claims Act and, correspondingly, whether this case will proceed in federal court. Should the parties intend to proceed in federal court and consent to Magistrate Judge jurisdiction, as indicated to the Court at the conference, they should include a fully executed consent form with their letter.

**SO ORDERED.**

**Date: May 15, 2026**
**New York, New York**

_____
        **VALERIE CAPRONI**
        **United States District Judge**