USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 10/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIKEL DIXON, *individually and as administrator of the estate of William Dixon, deceased,*

Plaintiff,

-v-

UNITED STATES OF AMERICA,

Defendant.

**ORDER**

25-CV-6639 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the request to adjourn the case management conference. ECF No. 46. The request is **GRANTED**. The case management conference scheduled for October 30, 2026 at 11:00 a.m. is adjourned to **November 2, 2026** at **3:00 p.m.** The dial-in information remains the same. *See* ECF No. 45. The parties' deadline for submitting a proposed scheduling order via email is now **October 29, 2026**.

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 46 as **GRANTED**.

**SO ORDERED.**

Dated: October 23, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge